00-0040

```
Mon Jul  7 14:56:33 2003

   UNITED STATES DISTRICT COURT

       SCRANTON        , PA

Receipt No.   333 92607
Cashier            nina

Tender Type  CHECK

Check Number: 47042

Transaction Type   AR

BU Code    Div No      Acct
 4667         3        5100PL

Amount              $    3.02

DAUPHIN COUNTY PRISON, HARRISBURG, P

PART FF/00-0040/JUNAI CARTER
```