```
11/12/03            TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1

TRNS-ADJ        DATE      FUND     CASE NO      DEF              AMOUNT
*******************************************************************************
8030038230l.   11/12/03   6855XX   3:03-OP-1   SCRANTON    1     -15.73
8030038230l.   11/12/03   0869PL                           0      15.73
8030038240l.   11/12/03   6855XX   3:03-OP-1               1     -89.64
8030038240l.   11/12/03   0869PL                           0      10.00
8030038240l.   11/12/03   0869PL                           0       7.08
8030038240l.   11/12/03   5100PL                           0       7.08
8030038240l.   11/12/03   5100PL                           0       8.66
8030038240l.   11/12/03   5100PL                           0      28.24
8030038240l.   11/12/03   5100PL                           0      18.26
8030038240l.   11/12/03   0869PL                           0      10.32
8030038240l.   11/12/03   0869PL   3:03-OP-1               1      -7.20
8030038250l.   11/12/03   5100PL                           0       3.60
8030038250l.   11/12/03   6855XX   3:03-OP-1               1      -3.60
8030038260l.   11/12/03   5100PL                           0      10.00
8030038260l.   11/12/03   6855XX   3:03-OP-1               1     -20.00
8030038260l.   11/12/03   5100PL                           0      10.00
8030038270l.   11/12/03   6855XX   3:03-OP-1               1    -148.28
8030038270l.   11/12/03   5100PL                           0      14.65
8030038270l.   11/12/03   5100PL                           0       5.19
8030038270l.   11/12/03   5100PL                           0       4.91
8030038270l.   11/12/03   5100PL                           0      60.98
8030038270l.   11/12/03   0869PL                           0      14.06
8030038270l.   11/12/03   0869PL                           0       9.04
8030038270l.   11/12/03   0869PL                           0       5.00
8030038270l.   11/12/03   0869PL                           0      20.81
8030038270l.   11/12/03   0869PL                           0       3.46
8030038271l.   11/12/03   0869PL                           0       5.24
8030038271l.   11/12/03   5100PL                           0       4.94

                                              DIVISION TOTAL      0.00
```

Rec # 94237  * 10.00  00CV0040 Carter Partial FF

FILED
SCRANTON
NOV 10 2003
DEPUTY CLERK