00-40
00-242

FILED
SCRANTON

DEC 0 5 2003

PER _____
        DEPUTY CLERK

Fri Dec  5 10:50:58 2003

UNITED STATES DISTRICT COURT

SCRANTON         , PA

Receipt No.   333 94555
Cashier         nina

Check Number: 47703

D0 Code     Div No
  4667        3

Sub Acct Type Tender      Amount
1:5100PL  AR    2          20.00
2:5100PL  AR    2          20.00

Total Amount        $      40.00

DAUPHIN COUNTY PRISON, HARRISBURG, P
A  171111

JUNAI CARTER/00-0040/00-0242

# DAUPHIN COUNTY PRISON



**Commissioners**
JEFFREY T. HASTE, Chairman
LOWMAN S. HENRY
ANTHONY M. PETRUCCI

**Chief County Administrator/
Chief Clerk**
ROBERT BURNS

**Warden**
DOMINICK L. DeROSE

**Deputy Warden/Support**
JAMES M. DeWEES

**Deputy Warden/Treatment**
ELIZABETH K. NICHOLS

**Deputy Warden/Security**
LEONARD K. CARROLL

501 MALL ROAD
HARRISBURG, PENNSYLVANIA 17111
TELEPHONE: (717) 780-6800
FAX (717) 558-8825

December 2, 2003

Clerk of Courts
United States District Court
P.O. Box 1148
Scranton, PA 18501-1148

RE:   Junai Carter/Civil Actions No. 1:00-CV-0040 and 1:00-CV-0242

Dear Clerk of Courts:

Pursuant to your Administrative Orders in the above-cited cases, Dauphin County Prison shall "remit on a monthly basis 20 percent of the preceding month's deposits...until the filing fee has been paid in full."

Enclosed please find an Inmate Money Report for Inmate Carter, which shows that he received deposits of $100.00 in the month of November 2003. Enclosed is a check for $40.00, which represents a payment of $20.00, or 20% of his monthly deposits for November, for *each case*.

Also enclosed is a copy of the statement of calculations to be provided to Inmate Carter. If you have any questions or require any additional information, please contact me.

Sincerely,

*Brenda E. Hoffer*

Brenda E. Hoffer
Assistant to Warden

Copy:   Administration
        Freddie McNeal, Business Manager

Enclosures

```
01 DEC 2003          Inmate Money Report (INMATES File)              Page 1
                        From 01 NOV 2003 To 01 DEC 2003

                    INMATE NAME  CARTER, JUNAI NMN
                    INMATE #  57098         CELL #  P115


Spend Amt/  Res Amt/   Total      FILE Receipt No/  Receipt         Date/
Spend Bal.  Res Bal... Balance... HOLD Check No.... Desc..........  Off_#...

   20.54       .00      20.54
 ----------  ----------  --------
--------------------------------------------------------------------------
   (20.00)|     .00 |             | R  |C-D*814157 |Disbursement |11-04-03
      .54 |     .00 |       .00 |     |47596      |             |    01
--------------------------------------------------------------------------
      .00 |     .00 |             | R  |D-D*814902 |Commissary   |11-05-03
      .54 |     .00 |       .00 |     |           |Order        |    01
--------------------------------------------------------------------------
   100.00 |     .00 |             | R  |B-D*815276 |Information  |11-07-03
   100.54 |     .00 |       .00 |     |43907459508|Desk -       |    01
--------------------------------------------------------------------------
      .00 |     .00 |             | R  |D-D*816132 |Commissary   |11-12-03
   100.54 |     .00 |       .00 |     |           |Order        |    01
--------------------------------------------------------------------------
   (42.27)|     .00 |             | R  |D-D*816303 |Commissary   |11-12-03
    58.27 |     .00 |       .00 |     |           |Order        |    01
--------------------------------------------------------------------------
      .00 |     .00 |             | R  |D-D*817976 |Commissary   |11-19-03
    58.27 |     .00 |       .00 |     |           |Order        |    01
--------------------------------------------------------------------------
    (1.50)|     .00 |             | R  |V-D*818847 |Restitution  |11-21-03
    56.77 |     .00 |       .00 |     |           |             |    03
--------------------------------------------------------------------------
      .00 |     .00 |             | R  |D-D*819389 |Commissary   |11-24-03
    56.77 |     .00 |       .00 |     |           |Order        |    03
--------------------------------------------------------------------------
   (40.00)|     .00 |             | R  |C-D*820077 |Disbursement |12-01-03
    16.77 |     .00 |       .00 |     |47703      |             |    01

 ----------  ----------  --------
    16.77       .00      16.77


COPAY CHGS           7.50
COPAY PD             7.50
Write off             .00
 ----------       ----------
COPAY DUE             .00

==========       ============
AVAIL BAL:          16.77
==========       ============
```

DAUPHIN COUNTY PRISON

TO:        Inmate Junai Carter / D57,098

RE:        Administrative Orders/Civil Actions No. 1:00-CV-0040 & 1:00-CV-0242

DATE:      December 2, 2003


Copies of the Administrative Orders pertaining to the filing of the two lawsuits listed above, directing the Dauphin County Prison to make initial payments and monthly payments from your account to pay the filing fees of $150.00 for each of the above lawsuits, were previously provided to you. In accordance with those Orders a check in the amount of $20.00 has been sent to the Courts.

Enclosed are copies of your Inmate Money Report for the last month and your receipt for the disbursement from your account toward the outstanding balance on your filing fees. The amount was calculated as follows:

Deposits for the month of November:

|  |  |
| --- | --- |
| 11/07/03 | = $100.00 |
| **20% of $100.00** | **= $ 20.00** |
| **$20.00 for each lawsuit** | **= $ 40.00** (amount of check) |

A check, in the amount of $40.00 was sent to the Clerk of Courts as partial payment toward the outstanding balances on each of these two filings.


Copy:  Administration
       Clerk of Courts