00-0040
00-0242

```
Amount:    4.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667


Wed Feb 11 10:14:36 2004

    UNITED STATES DISTRICT COURT

    SCRANTON    , PA

Receipt No.   333 95447
Cashier       gina

Check Number: 48004

D0 Code    Div No
4667         3

Sub Acct Type Tender    Amount
0:5100PL   AR    2      12.00
1:5100PL   AR    2      12.00

Total Amount       $    24.00

DAUPHIN COUNTY PRISON, HARRISBURG, P
A
     PART FF/00-0040/JUNAI CARTER/00-242/
JUANI CARTER
```

FILED
SCRANTON

FEB 1 1 2004

MARY E. D'ANDREA, CLERK
Per_____
         DEPUTY CLERK

# DAUPHIN COUNTY PRISON



**Commissioners**
JEFFREY T. HASTE, Chairman
DOMINIC D. DiFRANCESCO II
GEORGE P. HARTWICK III

**Chief County Administrator/
Chief Clerk**
ROBERT BURNS

**Warden**
DOMINICK L. DeROSE

**Deputy Warden/Support**
JAMES M. DeWEES

**Deputy Warden/Treatment**
ELIZABETH K. NICHOLS

**Deputy Warden/Security**
LEONARD K. CARROLL

501 MALL ROAD
HARRISBURG, PENNSYLVANIA 17111
TELEPHONE: (717) 780-6800
FAX (717) 558-8825

February 5, 2004

Clerk of Courts
United States District Court
P.O. Box 1148
Scranton, PA 18501-1148

RE:   Junai Carter/Civil Actions No. 1:00-CV-0040 and 1:00-CV-0242

Dear Clerk of Courts:

Pursuant to your Administrative Orders in the above-cited cases, Dauphin County Prison shall "remit on a monthly basis 20 percent of the preceding month's deposits...until the filing fee has been paid in full."

Enclosed please find an Inmate Money Report for Inmate Carter, which shows that he received deposits of $60.00 in the month of January 2004. Enclosed is a check for $24.00, which represents a payment of $12.00, or 20% of his monthly deposits for January, for *each case*.

Also enclosed is a copy of the statement of calculations, which was provided to Inmate Carter. If you have any questions or require any additional information, please contact me.

Sincerely,

Brenda E. Hoffer
Assistant to Warden

Copy:  Administration
       Freddie McNeal, Business Manager

Enclosures

```
04 FEB 2004              Inmate Money Report (INMATES File)                Page 1
                         From 01 JAN 2004 To 04 FEB 2004

                         INMATE NAME  CARTER, JUNAI NMN
                         INMATE #  57098          CELL #  A-112
```

| Spend Amt/ Spend Bal. | Res Amt/ Res Bal. | Total Balance | FILE HOLD | Receipt No/ Check No. | Receipt Desc. | Date/ Off_# |
|---|---|---|---|---|---|---|
| .29 | .00 | .29 | | | | |
| .00<br>.29 | .00<br>.00 | .00 | R | D-D*827670 | Commissary Order | 01-06-04<br>01 |
| (.29)<br>.00 | .00<br>.00 | .00 | R | L-D*827843 | LEGAL FEES | 01-06-04<br>01 |
| .29<br>.29 | .00<br>.00 | .00 | R | L-D*827844 | LEGAL FEES | 01-06-04 |
| 60.00<br>60.29 | .00<br>.00 | .00 | R | B-D*828363<br>88345514037 | Information Desk - | 01-09-04<br>01 |
| .00<br>60.29 | .00<br>.00 | .00 | R | C-D*829456 | Disbursement | 01-14-04<br>03 |
| .00<br>60.29 | .00<br>.00 | .00 | R | D-D*829680 | Commissary Order | 01-14-04<br>01 |
| (5.54)<br>54.75 | .00<br>.00 | .00 | R | D-D*829720 | Commissary Order | 01-14-04<br>01 |
| .00<br>54.75 | .00<br>.00 | .00 | R | C-D*830314 | Disbursement | 01-16-04<br>01 |
| (4.05)<br>50.70 | .00<br>.00 | .00 | R | C-D*831494 | Disbursement | 01-23-04<br>5199 |
| (.90)<br>49.80 | .00<br>.00 | .00 | R | V-D*831503 | Restitution | 01-23-04<br>5199 |
| (3.00)<br>46.80 | .00<br>.00 | .00 | R | H-D*832760 | Medical Services | 01-28-04<br>01 |
| .00<br>46.80 | .00<br>.00 | .00 | R | D-D*833567 | Commissary Order | 02-02-04<br>01 |
| (22.75)<br>24.05 | .00<br>.00 | .00 | R | D-D*833613 | Commissary Order | 02-02-04<br>01 |
| (24.00)<br>.05 | .00<br>.00 | .00 | R | C-D*834193<br>48004 | Disbursement | 02-04-04<br>01 |

```
04 FEB 2004          Inmate Money Report (INMATES File)              Page 2
                        From 01 JAN 2004 To 04 FEB 2004


                    INMATE NAME   CARTER, JUNAI NMN
                    INMATE #   57098          CELL #   A-112


Spend Amt/  Res Amt/    Total         FILE Receipt No/  Receipt          Date/
Spend Bal.  Res Bal...  Balance...    HOLD Check No.... Desc..........   Off_#...

----------  ----------  ----------
      .05         .00         .05


COPAY CHGS      448.66
COPAY PD         11.40
Write off       218.63
----------  --------------
COPAY DUE       218.63

==========  ==============
AVAIL BAL:     (218.58)
==========  ==============
```

DAUPHIN COUNTY PRISON

TO: Inmate Junai Carter / D57,098

RE: Administrative Orders/Civil Actions No. 1:00-CV-0040 & 1:00-CV-0242

DATE: February 5, 2004

Copies of the Administrative Orders pertaining to the filing of the two lawsuits listed above, directing the Dauphin County Prison to make initial payments and monthly payments from your account to pay the filing fees of $150.00 for each of the above lawsuits, were previously provided to you. In accordance with those Orders a check in the amount of $24.00 has been sent to the Courts.

Enclosed are copies of your Inmate Money Report for the last month and your receipt for the disbursement from your account toward the outstanding balance on your filing fees. The amount was calculated as follows:

Deposits for the month of January:

| | |
|---|---|
| 1/09/04 | = $60.00 |
| **Total Deposits for Jan.** | **= $60.00** |
| 20% of $60.00 | = $12.00 |

A check, in the amount of $24.00 was sent to the Clerk of Courts as partial payment toward the outstanding balances on <u>each of these two filings</u>.

Copy: Administration
      Clerk of Courts