# DAUPHIN COUNTY PRISON



**Commissioners**
JEFFREY T. HASTE, Chairman
DOMINIC D. DiFRANCESCO II
GEORGE P. HARTWICK III

**Chief County Administrator/
Chief Clerk**
CHAD SAYLOR

**Warden**
DOMINICK L. DeROSE

**Deputy Warden/Support**
JAMES M. DeWEES

**Deputy Warden/Treatment**
ELIZABETH K. NICHOLS

**Deputy Warden/Security**
LEONARD K. CARROLL

501 MALL ROAD
HARRISBURG, PENNSYLVANIA 17111
TELEPHONE: (717) 780-6800
FAX (717) 558-8825

June 28, 2004

Clerk of Court
United States District Court
P.O. Box 1148
Scranton, PA 18501-1148

RE:   Junai Carter   Civil Action No. 1:00-CV-0040
                     Civil Action No. 1:00-CV-0242

Dear Clerk of Court:

Per the directions in your Administrative Orders dated January 11, 2000 and February 14, 2000 for the above referenced filings, I am informing you that inmate Craig Layton was released from Dauphin County Prison on June 24, 2004. According to our records, he was not transferred to any other facility, but was released to the street.

I will retain the Orders on file in the event of his return to Dauphin County Prison. In such case, I will monitor his account and will send you monthly payments based on his monthly deposits as required.

If you have any questions or require any additional information, please contact me.

Sincerely yours,

Brenda E. Hoffer
Assistant to Warden

Copy:  Administration
       Freddie McNeal, Business Manager

**FILED
SCRANTON**

JUL 0 1 2004

PER _____
DEPUTY CLERK

**Dauphin County Prison**
501 Mall Road
Harrisburg, Pa 17111

If Unable to Deliver Please Return to
Sender: BHoffer

RECEIVED
SCRANTON
JUL 01 2004
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

Clerk of Court
United States District Court
P.O. Box 1148
Scranton, PA 18501-1148

HARRISBURG PA
23 JUL 2004 PM

GREETINGS FROM FAR FAR AWAY